UNITED STATES of America, Plaintiff–Appellee,

v.

**Ferdinand Richard BALCAR, Jr., Defendant–Appellant.**

No. 12–10375.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 15, 2013.*

Filed Oct. 22, 2013.

Camille W. Damm, Assistant U.S., USLV–Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S., USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Ferdinand Richard Balcar, Jr., Mendota, CA, pro se.

Before: FISHER, GOULD, and BYBEE, Circuit Judges.

### MEMORANDUM **

Federal prisoner Ferdinand Richard Balcar, Jr., appeals pro se from the district court's order granting his motion to adjust his restitution payment schedule. We affirm.

Balcar contends that his 1997 jury conviction for four counts of armed bank robbery should be vacated because the government failed to prove at trial that the institutions he robbed were federally insured. Because he raises no challenges to the order being appealed, we affirm.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.